ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 JUN -2 AM 9:47

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MITCHELL HUGHES, | ) |
| Petitioner, | ) |
| v. | ) CV 314-013 |
| BRAD HOOKS, Warden, | ) |
| Respondent. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DENIES AS MOOT** Petitioner's motion to proceed *in forma pauperis* (doc. no. 10), **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241, and **CLOSES** this civil action.

SO ORDERED this 2nd day of June, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE